# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 4:10-CV-1468** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **TINA M. BORRERO and** | : | |
| **ROBERT M. CLARK,** | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 23rd day of March, 2011, it appearing by plaintiff's motion (Doc. 20) and affidavit, to the satisfaction of the Court, that the defendants cannot, upon diligent inquiry, be found so as to be personally served with the Notice of U.S. Marshal Sale of real property located within the Middle District of Pennsylvania, situated at 908 E. Lincoln Avenue, Myerstown, PA 17067, it is hereby ORDERED that said motion is GRANTED. The Notice of U.S. Marshal Sale may be served on the Defendants by Plaintiff or its agent by posting a copy of the Notice of U.S. Marshal Sale on the property to be foreclosed, 3129.2(c) in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendants' last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge